IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LINDA HAIR | § | |
| | § | |
| V. | § | CASE NO. 2:05-CV-350 |
| | § | |
| GOLDEN CORRAL CORPORATION | § | |

## DEFENDANT GOLDEN CORRAL CORPORATION'S DESIGNATION OF EXPERTS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendant, Golden Corral Corporation, and, pursuant to the Court's Docket Control Order and in support hereof, respectfully submit its designation of expert witnesses, as shown on attached Exhibit "A."

### I.

Various other persons who have been identified as having knowledge of relevant facts may also be asked to express opinions or inferences which are (a) rationally based on the perception of the witness; and (b) helpful to a clear understanding of the witness's testimony or a determination of a fact in issue pursuant to Federal Rule of Civil Evidence 701. These persons presently include those listed in the disclosures of the parties.

### II.

Defendant reserves the right to designate additional expert witnesses to respond to experts designated by other parties.

### III.

Defendant reserves the right to supplement this designation of expert witnesses as depositions and other discovery are continuing.

### IV.

Defendant reserves the right to supplement this designation to designate rebuttal or impeachment expert witnesses.

### V.

Defendant reserves the right to elicit expert opinion or lay opinion testimony from fact witnesses or other persons with knowledge of facts relevant to this cause who may be called to testify by deposition or at the trial of this cause.

### VI.

Defendant reserves the right to designate and to elicit opinion testimony from any expert designated and/or called to testify either in deposition or at trial by any other party to this suit.

### VII.

Defendant reserves the right to withdraw the designation of any expert and to aver positively that any such previously designated expert will not be called as a witness at trial, and to re-designate same as a consulting expert, who cannot be called by opposing counsel.

### VIII.

Defendant hereby designates, as adverse parties, potentially adverse parties, and/or as witnesses associated with adverse parties, all experts designated by any party to this suit, even if the designating party is not a party to the suit at the time of trial. In the event a present or future party designates any expert but then is dismissed for any reason from the suit or fails to call any designated expert, Defendant reserves the right to designate and/or call any such experts previously designated by any party.

### IX.

Defendant reserves whatever additional rights it might have with regard to experts,

pursuant to the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the case law construing same, and the rulings of this Court.

Respectfully submitted,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By: _____
Timothy D. McMurtrie
State Bar No. 13813900
Federal I.D. No. 11806
Ralph F. Meyer
State Bar No. 13994300
Federal I.D. No. 2831
Jeffrey J. Grime
State Bar No. 24041012
Federal I.D. No. 37667
1300 Frost Bank Plaza
802 North Carancahua
Corpus Christi, Texas 78470
(361) 884-8808 - Telephone
(361) 884-7261 - Facsimile

ATTORNEYS FOR DEFENDANT
GOLDEN CORRAL CORPORATION

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.P.

## **CERTIFICATE OF SERVICE**

I certify that the foregoing instrument was served by the means indicated to the counsel listed below on this 5th day of May, 2006.

**VIA ELECTRONIC OR CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Les Cassidy
Mr. Timothy Raub
Cassidy & Raub
814 Leopard Street
Corpus Christi, Texas 78471


_____
OF ROYSTON, RAYZOR, VICKERY WILLIAMS, L.L.P.

## EXHIBIT "A"

1. Daniel Krzywicki, P.E., CSP
   Safety Director
   Stress Engineering Services, Inc.
   13800 Westfair East
   Houston, Texas 77041
   (281) 955-2900

   See CV and testimony record attached and report previously produced.

2. Dr. William E. Swan
   1521 S. Staples St., Suite 502
   Corpus Christi, Texas 78404
   (361) 882-6882

   See CV and testimony record attached and report previously produced.