UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Linda Hair | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. C-05-350 |
| | § | |
| Golden Corral Corporation, | § | |
|     Defendant. | § | |

## FINAL JUDGMENT

Based on the verdict of the jury, judgment is entered for the defendant that plaintiff take nothing. Costs are awarded to the defendant.

Ordered this 12 day of July, 2006.

HAYDEN HEAD
CHIEF JUDGE